IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAYMOND DAWSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1985
LT Case No. 2011-CF-1554

Decision filed November 15, 2022

3.800 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Raymond Dawson, Mayo, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.